NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEAK SURVEYS, INC.,**
*Appellant*

**v.**

**FLIR SYSTEMS, INC.,**
*Appellee*

---

2016-1299, 2016-1300

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00411, IPR2014-00434, IPR2015-00065.

---

## JUDGMENT

---

DONALD PUCKETT, Nelson Bumgardner PC, Fort Worth, TX, argued for appellant. Also represented by ANTHONY MICHAEL VECCHIONE; RAJKUMAR VINNAKOTA, Janik Vinnakota LLP, Dallas, TX.

RALPH JOSEPH GABRIC, Brinks Gilson & Lione, Chicago, IL, argued for appellee. Also represented by LAURA A. LYDIGSEN; BRIAN E. FERGUSON, Weil, Gotshal & Manges LLP, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 10, 2017          /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court